UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**HENRY HOWELL, JR.,**                              CASE NO.   3:13-cv-159

    Plaintiff,                                     Judge Timothy S. Black
                                                            Magistrate Judge Sharon L. Ovington

  **-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff has failed to timely comply with the Court's Order to Show Cause (Doc. 9), and the Complaint (Doc. 2) is **DISMISSED** for failure to prosecute; and this case is **CLOSED** on the docket of this Court.

Date: November 18, 2013                           **JOHN P. HEHMAN, CLERK**

                                                                      By: *s/ M. Rogers*
                                                                      Deputy Clerk